OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF OKLAHOMA

**RECEIVED AUG 1 0 2023 U.S. Marshals Eastern Oklahoma**

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| | ) | |
| | ) | Case No. CR 23-139-JFH |
| JEFFREY SCOTT SMITH, JR. | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **JEFFREY SCOTT SMITH, JR.**
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Deprivation of Rights Under Color of Law
Cts. 2-3 – Falsification of Records

DATE: 08/09/2023
Muskogee, Oklahoma



WARRANT ISSUED:
BONNIE HACKLER, Clerk

By: _____
Deputy Clerk

### Return

This warrant was received on (date) 8/10/2023, and the person was arrested on (date) 8/11/2023
at (city and state) McAlester, OK

Date: 8/11/2023

FILED AUG 1 4 2023

_____
Arresting officer's signature

TRAVIS WOMER, DUSM
Printed name and title

BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk