# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-23-139-JFH |
| v. | ) | Date: 09/18/2023 |
| | ) | |
| JEFFREY SCOTT SMITH, JR. | ) | Time: 10:14 a.m. – 10:20 a.m. |
| Defendant. | ) | |

## MINUTE SHEET –ARRAIGNMENT

Gerald L. Jackson, U.S. Magistrate Judge    P. Bruce, Deputy Clerk    FTR Courtroom:  4 - Room 420

Counsel for Plaintiff:    Clay Compton, AUSA

Counsel for Defendant:    Richard Koller, AFPD

☐ Defendant gives consent to proceed by video conference

☐ Fin. Afd / Deft orally requested counsel    Objections ☐ yes   ☐ no    ☐ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn

Defendant appears in person: ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;
☒ Defendant acknowledged receipt of Superseding Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant waived formal reading of the Superseding Indictment
☒ Defendant entered not guilty plea as to Counts 1s-3s of the Superseding Indictment

☒ **Jury Trial previously set 2/5/2024 at 8:45 a.m., before District Judge John F. Heil, III**
☒ Court advised Defendant motions and objections to notices are due 12/18/2023

**Discovery**:
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)
   requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
   ☐ Government states discovery will be available via USAFX at the conclusion of the arraignment
   ☒ Government has complied           ☐ Government has not complied
   Parties ☐ do ☐ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐ Defendant allowed to remain on current bond in the amount of $_____ (unsecured) and conditions of release
☐ Government filed a Motion for Detention
☐ Defendant orally requested detention hearing
☐ Detention hearing set _____
☐ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant to released on previous bond and conditions of release
☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB