IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff,*<br><br>v.<br><br>JEFFREY SCOTT SMITH, JR.,<br><br>           *Defendant.* | Case No. CR-23-139-JFH |

**JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY**

The United States of America submits this Joint Status Report ("JSR") Regarding Production of Discovery pursuant to this Court's Order. (Doc. 27).

On August 9, 2023, a federal grand jury sitting in the Eastern District of Oklahoma returned a three-count Indictment (Doc. 2)[1] against the Defendant, charging him with one count of Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. §§ 242 and 250(b)(3), and two counts of Falsification of Records, in violation of 18 U.S.C. § 1519. Defendant was arraigned on August 14, 2023 (Doc. 10).[2] On August 22, 2023, the Court granted the Government's Unopposed Motion for a Protective Order Regarding Discovery and issued a Protective Order. (Doc. 25). On August 24, 2023, discovery and a production index were mailed to Defendant via FedEx and were subsequently received by counsel for Defendant. This discovery included law enforcement reports, multimedia evidence (including audio and video evidence), and photographs. The Defendant was also provided with notice of physical and tangible evidence available for his counsel's inspection. On September 28, 2023, supplemental

---

[1] On September 13, 2023, a federal grand jury returned a Superseding Indictment against the Defendant which fixed the spelling of the Defendant's first name "Jeffrey" in the Indictment but did not alter its substance. (Doc. 29).

[2] On September 18, 2023, Defendant was arraigned on the Superseding Indictment. (Doc. 33).

1

discovery and a second production index were mailed to Defendant via FedEx and were subsequently received by counsel for Defendant. This discovery included four additional law enforcement reports, Defendant's arrest warrant, and a receipt of property form.

Counsel for the United States and Defendant have discussed discovery to prepare this Report. All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/    Clay A. Compton
        CLAY A. COMPTON, OBA # 19781
        Assistant United States Attorney
        520 Denison Ave.
        Muskogee, OK 74401
        (918) 684-5100

        KRISTEN M. CLARKE
        Assistant Attorney General
        Civil Rights Division, U.S. Dept. of Justice

s/    Laura Gilson
        LAURA GILSON
        Trial Attorney
        Criminal Section, Civil Rights Division
        (202) 598-1141

        OFFICE OF THE FEDERAL PUBLIC DEFENDER
        Julia L. O'Connell, Federal Public Defender

s/    Richard Koller
        RICHARD KOLLER, OBA #22877
        Assistant Federal Public Defender
        Williams Tower I, Suite 1225
        One West Third Street
        Tulsa, Oklahoma 74103-3532
        Telephone: (918) 581-7656
        Facsimile: (918) 581-7630